MARGARET W. DUYCKINCK, Respondent, *v.* THE NEW YORK ELEVATED RAILROAD COMPANY et al., Appellants.

(Submitted December 3, 1890; decided January 13, 1891.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made December 4, 1888, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*John F. Dillon, Edward C. James* and *Julien T. Davies* for appellants.

*A. Edward Woodruff* for respondent.

Agree to affirm on authority of *Abendroth* v. *Manhattan R. Co.* (122 N. Y. 11).
All concur.
Judgment affirmed. _____